AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.    ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Natalie D. Milby*                                                                                  March 11, 2015

(By) DEPUTY CLERK                                                                                   DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
    Date            *Signature of Server*

          _____
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Illinois | County of | District Court |

Case Number: 1:15-CV-02096

**Plaintiff:**
**SHAQUITA EVANS**

vs.

**Defendant:**
**UNIFIED GLOBAL GROUP, LLC**

For:
David B. Levin
Upright Litigation LLC
79 W. Monroe Street, 5th Floor
Chicago, IL 60603

Received by Upright Litigation LLC on the 20th day of March, 2015 at 11:11 am to be served on **UNIFIED GLOBAL GROUP, LLC c/o UNITED CORPORATE SERVICES, INC. - Registered Agent, 10 Bank Street, Suite 560, White Plains, NY 10606**.

I, Jennifer A Reis, being duly sworn, depose and say that on the **26th day of March, 2015** at **9:35 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** to: **Alma Andino c/o UNITED CORPORATE SERVICES, INC. - Registered Agent** as **Agent** for **UNIFIED GLOBAL GROUP, LLC**, at the address of: **10 Bank Street, Suite 560, White Plains, NY 10606**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 50, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 120, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Subscribed and Sworn to before me on the 28th day of March, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC
Gail Kagan
Notary Public of the State of NY
Qualified in Westchester County
Commission Expires 6/23/15
Reg#01KA6094470

Jennifer A Reis

Upright Litigation LLC
79 W. Monroe Street, 5th Floor
Chicago, IL 60603
(312) 940-8163

Our Job Serial Number: ATN-2015000302

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

