**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAQUITA EVANS, | ) | |
| | ) | Case No. 1:15-cv-02096 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **PLAINTIFF'S MOTION FOR** |
| UNIFIED GLOBAL GROUP, LLC, | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Defendant. | ) | |

This cause came before the Court on July 20, 2015, for hearing on Plaintiff's Motion for Default Judgment. No one appeared on behalf of Unified Global Group, LLC. Upon a review of the record, this Court finds that:

1. Plaintiff, a resident of the City of Sauk Village, State of Illinois, filed this action on March 10, 2015.

2. Defendant's registered agent was properly served with the Summons and Complaint pursuant to Rule 4(h) of the Federal Rules of Civil Procedure on March 26, 2015.

3. Defendant has not filed a Notice of Appearance, an Answer, nor any other responsive pleading with this Court.

4. Plaintiff properly filed this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter the "FDCPA"). Plaintiff's Complaint alleges causes of action for violations of the FDCPA by Defendant in attempting to collect an alleged debt from Plaintiff.

5. On June 6, 2015, Plaintiff filed a Motion for Entry of Default.

6.  On June 18, 2015, the Honorable Sharon Johnson Coleman found that Defendant failed to file an answer or otherwise sufficiently plead to the Complaint filed by Plaintiff, and that Defendant was otherwise subject to default as provided by the Federal Rules of Civil Procedure.

7.  Pursuant to Federal Rule of Civil Procedure 55(a), an Entry of Default was entered against Defendant on June 18, 2015.

8.  The Court has considered the Complaint filed, the representations of Plaintiff's counsel on attorneys' fees, and the arguments of Plaintiff's counsel at the prove-up hearing on July 20, 2015.

9.  The Court finds that Defendant violated the FDCPA as follows:

    a.  Defendant violated 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff after Defendant had been advised that Plaintiff was represented by an attorney with respect to the alleged debt;

    b.  Defendant violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which was to harass, oppress and/or abuse Plaintiff in connection with the collection of the alleged debt;

    c.  Defendant violated 15 U.S.C. § 1692e by using a false, deceptive and/or misleading representation or means in connection with the collection of the alleged debt;

    d.  Defendant violated 15 U.S.C. § 1692e(3) by falsely representing or implying that Defendant's representative was an attorney or was communicating on behalf of an attorney;

e.      Defendant violated 15 U.S.C. § 1692e(5) by threatening to take action that could not legally be taken and/or that was not intended to be taken;

f.      Defendant violated 15 U.S.C. § 1692e(10) by using a false, deceptive or misleading representation or means in connection with the collection of the alleged debt and/or to obtain information about Plaintiff;

g.      Defendant violated 15 U.S.C. § 1692f by using an unfair or unconscionable means to attempt to collect the alleged debt.

10.     Pursuant to 15 U.S.C. § 1692k(a) the Court awards statutory damages to Plaintiff in the amount of $1,000.

11.     Pursuant to 15 U.S.C. § 1692k(a)(3), under the FDCPA, a plaintiff can recover from a debt collector "in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court…"

12.     The Court has reviewed the Declaration of Jocelyn S. Hsiao in Support of Plaintiff's Motion for Default Judgment, reflecting the amount of attorneys' fees and court costs incurred by Plaintiff in the prosecution of this action, and copies of the time entries reflecting the work for which Plaintiff is seeking compensation for her attorneys' fees.  The Court finds that good cause is shown for the award of reasonable attorney fees in the amount of $1,852.50, court costs in the amount of $400.00, and other costs relating to the service of the summons in the amount of $75.00.

WHEREFORE, the Court awards a judgment in favor of the Plaintiff, SHAQUITA EVANS, and against Defendant, UNIFIED GLOBAL GROUP, LLC, as follows:

3

|   |                          |    |          |
|---|--------------------------|----|----------|
| a. | FDCPA Statutory Damages | $ | 1,000.00 |
| b. | Attorneys' Fees          | $ | 1,852.50 |
| c. | Court Costs              | $ | 400.00   |
| d. | Other Costs              | $ | 75.00    |
|   |                          |    |          |
|   | TOTAL                    | $ | 3,327.50 |

United States District Court
Northern District of Illinois

July 22, 2015
Date